INC., Respondent, et al., Defendants.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ FIFTH AVENUE JEWELERS EXCHANGE, INC., Appellant, v. REUBEN POMERANTZ JEWELRY CO., INC., Respondent.— Determination unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH GAYNOR, Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ ANTHONY SAELI et al., Appellants, v. FULLER-TURNER-WALSH-SLATTERY, INC., Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of CHARLES J. FITZPATRICK, JR., et al., Petitioners, against ROBERT A. GLASSER et al., Constituting the Harness Racing Commission of the State of New York, Respondents.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH FREY, Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ TRITON INDUSTRIES LIMITED, Respondent, v. 72ND ST. AMUSEMENT CORP. et al., Appellants.— Judgment and order unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE ANGELET, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of HAROLD E. CUNY, Petitioner, against VINCENT A. G. O'CONNOR, as Commissioner of the Department of Marine and Aviation of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEONARD M. TODD, Appellant, against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ SAMUEL S. BERGER et al., Respondents, v. JOSEPH MOOK et al., Appellants.— Judgment and order unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Stevens, JJ.

■ CLARA GLICKMAN et al., v. YONKERS RACEWAY, INC., et al. YONKERS RACEWAY, INC. v. PINKERTON'S NATIONAL DETECTIVE AGENCY, INC.— Motion by defendant-respondent Dunwoodie Parking Service, Inc. to dismiss appeals granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeals to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ CLARA GLICKMAN et al., v. YONKERS RACEWAY, INC., et al. YONKERS RACEWAY, INC. v. PINKERTON'S NATIONAL DETECTIVE AGENCY, INC.— Motion by Yonkers Raceway, Inc., as defendant-respondent and third-party plaintiff-